[Nos. 40459-8-I; 40514-4-I; Division One. January 25, 1999.] 40601-9-I.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT PHILIP FENN, *Defendant*, OWRETHA LOUISE REECE, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 96-1-06862-1, 96-1-06864-7, 96-1-06863-9, Nicole MacInnes, J., entered March 17 and April 10, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Becker, JJ.

[No. 40658-2-I. Division One. January 25, 1999.]

*In the Matter of the Custody of* E.A.R., ET AL., PHILIP ROBEY, *Respondent*, and EUGENE DITTLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-5-03936-8, Sally Phillips Pasette, J., entered March 31, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Becker, J.

[No. 41459-3-I. Division One. January 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. D.J.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-02747-2, Joan DuBuque, J., entered October 3, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41643-0-I. Division One. January 25, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. D.E.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05247-7, Joan B. Allison, J. Pro Tem., entered October 7, 1998. *Affirmed* by unpublished per curiam opinion.